FILED
July 26, 2018
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> JOSE ENOIS MANZO, ) <br> ) <br> Defendant. ) | Case No. 2:18MJ00138-AC-1 <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __JOSE ENOIS MANZO__, Case No. __2:18MJ00138-AC-1__, Charge __218USC § 864, 841(a)(1)__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of $_____

        __ Unsecured Appearance Bond $_____

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

        ✔ (Other) __Pretrial conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __July 26, 2018__ at __2:00 pm__.

By    /s/ Allison Claire/s/ Allison Claire
        Allison Claire
        United States Magistrate Judge

Copy 2 - Court